# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Amber Otto, | § | |
|    Plaintiff, | § | |
| vs. | § | 1:25-cv-01050-RP |
| Oliphant USA, LLC | § | |
|    Defendant. | § | |

## DEFENDANT OLIPHANT USA, LLC'S ANSWER

Comes now, Defendant Oliphant USA, LLC ("Defendant") and files this Answer to Plaintiff's Original Complaint as follows:

## PRELIMINARY STATEMENT

1.  Defendant admits Plaintiff brings suit pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (the "FDCPA") and the Texas Debt Collection Act, Tex. Fin. Code § 392 *et seq*. (the "TDCA"). Defendant denies it violated any provisions of these statutes.

2.  Defendant admits it can be served through its registered agent. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 2; therefore, Defendant denies the same.

## JURISDICTION AND VENUE

3.  Defendant lacks knowledge or information sufficient to admit or deny Paragraph 3; therefore, Defendant denies the same.

4.  Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendant denies the same.

5.  Defendant lacks knowledge or information sufficient to admit or deny Paragraph 5; therefore, Defendant denies the same.

## DEFINITIONS

6. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 6; therefore, Defendant denies the same.

## THE PARTIES

7. Defendant denies Paragraph 7 as an incomplete and/or inaccurate law. Defendant further states the FDCPA does not provide for injunctive or equitable relief.

8. Defendant admits it is based in Texas. Defendant denies it is a corporation. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 8; therefore, Defendant denies the same.

9. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 9; therefore, Defendant denies the same.

## FACTUAL ALLEGATIONS

10. Defendant admits it sent text messages to a number believed to belong to Plaintiff in an effort to recover an outstanding financial obligation. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 10; therefore, Defendant denies the same.

11. Defendant lacks knowledge or information sufficient to admit or deny Paragraph 11; therefore, Defendant denies the same.

12. Defendant admits the messages included hyperlinks. Defendant denies the remainder of Paragraph 12.

13. Defendant denies Paragraph 13.

14. Defendant denies Paragraph 14.

15. Defendant denies Paragraph 15.

16. Defendant denies Paragraph 16.

17. Defendant denies Paragraph 17.

18. Defendant denies Paragraph 18.

19. Defendant denies Paragraph 19.

20. Defendant denies Paragraph 20.

21. Defendant denies Paragraph 21.

22. Defendant denies Paragraph 22.

23. Defendant denies Paragraph 23.

24. Defendant denies Paragraph 24.

## VIOLATIONS OF THE FDCPA

25. Defendant denies Paragraph 25 and its subparts.

26. Defendant denies Paragraph 26.

## VIOLATIONS OF THE TDCA

27. Defendant denies Paragraph 27 and its subparts.

## JURY TRIAL DEMAND

28. Defendant admits Plaintiff seeks a trial by jury in this matter.

## PRAYER FOR RELIEF

29. Defendant denies Plaintiff's Prayer for Relief and its subparts, and denies Plaintiff is entitled to any relief or damages.

## AFFIRMATIVE DEFENSES

26. Any violation of the FDCPA or TDCA, if one occurred, was the result of a bona fide error as set forth in 15 U.S.C. § 1692k(c) or the relevant section of the Texas Finance Code.

27. Plaintiff's damages, if any, are the result of the actions of third parties over whom Defendant has no control.

28. Plaintiff's damages, if any, were pre-existing damages not caused by Defendant.

29. Plaintiff has failed to mitigate damages, if any.

30. Plaintiff proximately caused their own damages, if any.

Respectfully submitted,

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 4th day of August, 2025.

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV